**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: March 09, 2011**



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-04426

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Robert Newton Wilson, Jr. and Susan Elizabeth Wilson<br>      Debtors.<br>_____<br>HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset-Backed Pass-Through Certificates Series 2007-AR7 by its Attorney in fact Wells Fargo Bank, N.A.<br>      Movant,<br>vs.<br><br>Robert Newton Wilson, Jr. and Susan Elizabeth Wilson, Debtors, Anthony H. Mason, Trustee.<br><br>      Respondents. | No. 2:11-BK-02959-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #12) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 21, 2007 and recorded in the office of the Maricopa County Recorder wherein HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset-Backed Pass-Through Certificates Series 2007-AR7 by its Attorney in fact Wells Fargo Bank, N.A. is the current beneficiary and Robert Newton Wilson, Jr. and Susan Elizabeth Wilson have an interest in, further described as:

> LOT 120, FOOTHILLS AT IRONWOOD VILLAGE UNIT III, ACCORDING TO BOOK 340 OF MAPS, PAGE 7, AND
> AFFIDAVIT OF CORRECTION RECORDED IN DOCUMENT NO. 90-467479 AND AFFIDAVIT OF
> CLARIFICATION RECORDED IN DOCUMENT NO. 91-475921, RECORDS OF MARICOPA COUNTY, ARIZONA.
> EXCEPT ALL THE COAL AND OTHER MINERALS AS RESERVED IN PATENT FROM UNITED STATES OF
> AMERICA.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.