# Notice Recipients

District/Off: 0970−2     User: kingl     Date Created: 3/10/2011
Case: 2:11−bk−02959−RJH     Form ID: pdf004     Total: 6

**Recipients of Notice of Electronic Filing:**
tr     ANTHONY H. MASON     ecfmason@earthlink.net
aty     BRYAN JON MEMMOTT     bmemmott@brownmemmottlaw.com
aty     LEONARD J. MCDONALD, JR.     ljm@tblaw.com

                                                                                                                              TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Robert Newton Wilson, Jr     19140 N. 93rd Way     Scottsdale, AZ 85255
jdb     Susan Elizabeth Wilson     19140 N. 93rd Way     Scottsdale, AZ 85255
cr     HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset−Backed Pass−Through Certificates Series 2007−AR7 by its Attorney in fact Wells Fargo Bank,     Tiffany and Bosco, PA     2525 E. Camelback Rd.     Suite 300     Phoenix, AZ 85016

                                                                                                                              TOTAL: 3