# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

Robert Newton Wilson Jr
19140 N. 93rd Way
Scottsdale, AZ 85255
**SSAN:** xxx–xx–2516
**EIN:**

Susan Elizabeth Wilson
19140 N. 93rd Way
Scottsdale, AZ 85255
**SSAN:** xxx–xx–6708
**EIN:**

Debtor(s)

Case No.: 2:11–bk–02959–RJH

Chapter: 7

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on March 10, 2011, this Court entered the enclosed judgment or order on the docket for the above–entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: March 10, 2011**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**