# Notice Recipients

District/Off: 0970−2  User: kingl  Date Created: 3/10/2011
Case: 2:11−bk−02959−RJH  Form ID: ntcntry  Total: 6

**Recipients of Notice of Electronic Filing:**
tr  ANTHONY H. MASON  ecfmason@earthlink.net
aty  BRYAN JON MEMMOTT  bmemmott@brownmemmottlaw.com
aty  LEONARD J. MCDONALD, JR.  ljm@tblaw.com

                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Robert Newton Wilson, Jr  19140 N. 93rd Way  Scottsdale, AZ 85255
jdb  Susan Elizabeth Wilson  19140 N. 93rd Way  Scottsdale, AZ 85255
cr  HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset−Backed Pass−Through Certificates Series 2007−AR7 by its Attorney in fact Wells Fargo Bank,  Tiffany and Bosco, PA  2525 E. Camelback Rd.  Suite 300  Phoenix, AZ 85016

                    TOTAL: 3